FILED

08 APR -2 PM 3:37

BY: ECL          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1007 JLS

UNITED STATES OF AMERICA,      )    Criminal Case No. _____
                               )
              Plaintiff,       )    I N D I C T M E N T
                               )
     v.                        )    Title 8, U.S.C., Secs. 1326(a)
                               )    and (b) - Attempted Entry After
MIGUEL ANGEL NEGRON,           )    Deportation
                               )
              Defendant.       )
_____)

The grand jury charges:

On or about January 12, 2008, within the Southern District of California, defendant MIGUEL ANGEL NEGRON, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CJB:fer:San Diego
3/28/08

1  was a substantial step toward committing the offense, all in violation

2  of Title 8, United States Code, Sections 1326(a) and (b).

3      It is further alleged that defendant MIGUEL ANGEL NEGRON was

4  removed from the United States subsequent to September 5, 2006.

5      DATED: April 2, 2008.

6      A TRUE BILL:

7

8      Foreperson

9

10  KAREN P. HEWITT
United States Attorney

11

12  By: _____
    CARLA J. BRESSLER

13      Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28