1  **HANNI M. FAKHOURY**
California Bar No. 252629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Hanni_Fakhoury@fd.org

5  Attorneys for Mr. Negron

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1007-JLS |
| Plaintiff, | ) ) ) | Date: May 16, 2008<br>Time: 1:30 p.m. |
| v. | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **MIGUEL ANGEL NEGRON**, | ) ) | (1) COMPEL DISCOVERY; |
| Defendant. | ) ) ) | (2) PRESERVE EVIDENCE; AND<br>(3) GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on May 16, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant, MIGUEL ANGEL NEGRON, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///
///
///
///
///
///
///

# **MOTIONS**

Defendant, MIGUEL ANGEL NEGRON, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 1, 2008

*s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Negron

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California  
880 Front Street  
Room 6293  
San Diego, CA 92101  
(619)557-5610  
Fax: (619)235-2757  
Email: Efile.dkt.gc2@usdoj.gov

A copy was sent via electronic mail to:

**David Leshner**  
Assistant United States Attorney  
David.Leshner@usdoj.gov

Respectfully submitted,

Dated: May 1, 2008         /s/ *Hanni M. Fakhoury*  
**HANNI M. FAKHOURY**  
Federal Defenders of San Diego, Inc.  
Attorneys for Defendant  
Hanni_Fakhoury@fd.org