| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID D. LESHNER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 207815 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7163 |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1007-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING |
| | ) | |
| MIGUEL ANGEL NEGRON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Good cause appearing, the parties, Hanni M. Fakhoury, counsel for defendant Miguel Angel Negron, and David D. Leshner, Assistant United States Attorney, hereby agree that the motion hearing set for May 16, 2008 should be continued to May 23, 2008, at 1:30 p.m.  The Defendant is in custody, and the parties agree that time is excludable until May 23, 2008.

   DATED: May 9, 2008                    Respectfully submitted,

                                         KAREN P. HEWITT
                                         United States Attorney

                                         s/ David D. Leshner
                                         David D. Leshner
                                         Assistant United States Attorney

                                         s/ Hanni M. Fakhoury
                                         Hanni M. Fakhoury
                                         Attorney for Miguel Angel Negron

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL NEGRON,<br><br>    Defendant. | Case No. 08-CR-1007-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Hanni M. Fakhoury, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008.

    s/ David D. Leshner
    David D. Leshner