UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1007-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING MOTION HEARING |
| MIGUEL ANGEL NEGRON, | ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

IT IS HEREBY ORDERED that the motion hearing set for May 16, 2008 be rescheduled to May 23, 2008, at 1:30 p.m. The defendant is currently in custody, and the Court finds that time is excludable until May 23, 2008.

IT IS SO ORDERED.

DATED: May 13, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge