```
                                          FILED

                                      08 MAY 28  AM 8:33

                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                   BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR01007-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] |
| MIGUEL ANGEL NEGRON, | ) | ORDER REQUIRING DISCLOSURE OF DEFENDANT'S A-FILE |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the government disclose to the defendant, through his counsel, the defendant's immigration A-file and allow defense counsel the opportunity to inspect and photocopy the entire contents of the A-file.

**IT IS SO ORDERED**.

DATED: 5/23/08

HONORABLE JANIS L. SAMMARTINO
United States District Judge